U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

JAN 12 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Division: Atlanta
(USAO: 2020R00491)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fulton

DISTRICT COURT NO. 1 21 - CR - 011

MAGISTRATE CASE NO.

X Indictment
DATE: January 12, 2021

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
RODERICQUE JARMAINE THOMPSON, A/K/A RODRIQUEZ THOMPSON, A/K/A RODERICQUE THOMAS, A/K/A JAMMIGE TROY THOMASON, A/K/A JAMMIE TROY THOMPSON, A/K/A JUNIOR THOMPSON

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   Yes   X No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

Attorney: Diane Schulman
Defense Attorney: